445 A.2d 105

**ESTATE OF Edith A. Lockley White BELL, a/k/a Edith White Bell and Edith A. White, Deceased.**

**Appeal of Eddie BELL, Exceptant.**

Supreme Court of Pennsylvania.

Argued April 13, 1982.

Decided May 19, 1982.

David C. Harrison, Philadelphia, for appellant.

Edwin B. Barnett, Philadelphia, for appellee.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## DECREE

PER CURIAM.

Decree affirmed. Each party pay own costs.